# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### For The Middle District of Florida

Case Number: 6:20-CV-1720-ORL-40EJK

Plaintiff:
**JUAN PEREZ,**

vs.

Defendant:
**FIESTA AZUL TEQUILA HOUSE, LLC,**

For:
ARCADIER, BIGGIE & WOOD, PLLC
2815 W. NEW HAVEN AVE, STE 304
MELBOURNE, FL 32904

Received by ORANGE LEGAL on the 24th day of September, 2020 at 8:43 am to be served on **FIESTA AZUL TEQUILA HOUSE, LLC C/O JOSE R. SANCHEZ, R.A., 1700 EVANS RD, MELBOURNE, FL 32904**.

I, Ceasar Troso, do hereby affirm that on the **28th day of September, 2020** at **10:10 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, and COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **EDURDO CASEA** as **MANAGER** at the address of: **1700 EVANS RD, MELBOURNE, FL 32904**, who stated they are authorized to accept service for **FIESTA AZUL TEQUILA HOUSE, LLC C/O JOSE R. SANCHEZ, R.A.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: HISPANIC, Height: 5'5", Weight: 160, Hair: BLK, Glasses: N

The foregoing affidavit and the facts stated in it are true and correct. I am, over the age of 18, have no interest in the above action, I'm a court appointed Certified Process Server in good standing for the 18th Judicial Circuit in Brevard County, Florida, in which the service was affected.

Ceasar Troso
Badge # 414

**ORANGE LEGAL**
633 East Colonial Dr
Orlando, FL 32803

Our Job Serial Number: FCL-2020000823

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1r