UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JUAN PEREZ
    Plaintiff,

v.                             Case No.: 6:20-cv-1720

FIESTA AZUL TEQUILA HOUSE, LLC
    Defendants.
_____/

## MOTION FOR CLERK DEFAULT

**COMES NOW**, Plaintiff, JUAN PEREZ, by and through his undersigned counsel, and moves for default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Defendant, FIESTA AZUL TEQUILA HOUSE, LLC in support thereof states as follows:

1. On September 21, 2020, Plaintiff filed his Complaint and demand for jury trial alleging that his employers failed to pay his wages in violation of the Fair Labor Standards Act. [DE 1]

2. On September 28, 2020, The Registered Agent for FIEST AZUL TEQUILA HOUSE, LLC was properly served per the Verified Return of Service. [DE 9]

3. Pursuant to Rule 12 of the Federal Rule Civil Procedure, and in accordance with Eleventh Circuit Precedent, Defendants were required to file a pleading in response to the Complaint within twenty-one (21) days of being served with the Complaint. As a result, Defendant's Response to the Complaint was due on or before October 19, 2020.

4. As of this filing, FIESTA AZUL TEQUILA HOUSE, LLC has not responded to the Complaint.

**WHEREFORE**, Plaintiff, JUAN PEREZ, requests that the Clerk enter default against Defendant, FIESTA AZUL TEQUILA HOUSE, LLC for failure to file any responsive pleading or document with the Court in this action.

Dated this 20th day of October 2020

                                          ARCADIER, BIGGIE & WOOD, PLLC
                                          /s/ Joseph C. Wood Esquire
                                          Joseph C. Wood, Esquire

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system, and mailed to Defendant, FIESTA AZUL TEQUILA HOUSE, LLC c/o Jose R. Sanchez, Registered Agent, at 1700 Evans Rd., Melbourne, FL 32904 on this 20th day of October 2020.

                                          ARCADIER, BIGGIE & WOOD, PLLC

                                          */s/Joseph C. Wood, Esquire*
                                          Maurice Arcadier, Esquire
                                          Florida Bar No. 0131180
                                          Joseph C. Wood, Esquire
                                          Florida Bar No.: 0093839
                                          2815 W. New Haven, Suite 304
                                          Melbourne, Florida 32904
                                          Primary Email: office@abwlegal.com
                                          Secondary Email: wood@abwlegal.com
                                          Phone: (321) 953-5998
                                          Fax: (321) 953-6075