**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


**JUAN PEREZ,**

       **Plaintiff,**

**v.**                                                    **Case No: 6:20-cv-1720-PGB-EJK**

**FIESTA AZUL TEQUILA**
**HOUSE, LLC,**

       **Defendant.**
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Settlement Approval (Doc. 22 (the "**Motion**")), filed on January 18, 2021. The United States Magistrate Judge has submitted a Report recommending that the Motion be granted and the settlement approved.

After an independent *de novo* review of the record in this matter and noting that the parties filed a joint Notice of No Objection (Doc. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 11, 2021 (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Settlement Approval (Doc. 22) is **GRANTED**.

3. Plaintiff's claims against Defendant are **dismissed with prejudice**.

4.  The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on March 16, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2